Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Jason de Bretteville (SBN 195069)
(debrettevillej@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
Edward E. Johnson (SBN 241065)
(johnsonee@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Defendant Alexander Lidow*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No.  CV 07-02544-JFW (VBKx) **[PROPOSED] ORDER GRANTING DEFENDANT ALEXANDER LIDOW'S MOTION TO DISMISS** Date: May 5, 2008 Time: 1:30 p.m. Courtroom: 16 |

SULLIVAN
&
CROMWELL LLP

1

## [PROPOSED] ORDER

WHEREAS on March 6, 2008 Defendant Alexander Lidow moved to dismiss Plaintiffs' Consolidated Class Action Complaint;

WHEREAS a hearing was held to hear argument on the motion;

WHEREAS the Court has considered the arguments and evidence submitted by the parties in connection with the Motion;

NOW, THEREFORE, GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT:

1.    The Motion is GRANTED in all respects; and

2.    Plaintiffs' Consolidated Class Action Complaint is DISMISSED as to Defendant Alexander Lidow.

IT IS SO ORDERED.

Dated: _____, 2008

By: _____
The Hon. John F. Walter
UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2008

Respectfully submitted,

_Robt A. Sacks/EEJ_
_____
Robert A. Sacks
Jason de Bretteville
Diane L. McGimsey
Edward E. Johnson
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone    (310) 712-6600
Facsimile:    (650) 461-5700

*Attorneys for Defendant Alexander Lidow*