UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

CIVIL MINUTES -- GENERAL

Case No.  **CV 07-02544-JFW (VBKx)**                      Date: May 1, 2008

Title:  In Re: International Rectifier Corporation Securities Litigation

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION DEFENDANT MICHAEL P. McGEE'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT [filed 3/6/3008; Docket No. 64];

ORDER TAKING UNDER SUBMISSION DEFENDANT ERIC P. LIDOW'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT [filed 3/6/3008; Docket No. 65];

ORDER TAKING UNDER SUBMISSION DEFENDANT ROBERT GRANT'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT  [filed 3/6/3008; Docket No. 67];

ORDER TAKING UNDER SUBMISSION DEFENDANT ALEXANDER LIDOW'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS [filed 3/6/2008; Docket No. 71];

ORDER TAKING UNDER SUBMISSION DEFENDANT INTERNATIONAL RECTIFIER CORPORATION'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT [filed 3/6/2208; Docket No. 74];

Initials of Deputy Clerk __sr__

On March 6, 2008, Defendant Michael P. McGee filed a Motion to Dismiss Consolidated Class Action Complaint.  On March 6, 2008, Defendant Eric P. Lidow  filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.  On March 6, 2008, Defendant Robert Grant filed a Motion to Dismiss Consolidated Class Action Complaint.  On March 6, 2008, Defendant Alexander Lidow filed a Motion to Dismiss the Consolidated Class Action Complaint for Violations of the Federal Securities Laws.  On March 6, 2008, Defendant International Rectifier Corporation filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint and then an amended Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.  Defendants' five Motions to Dismiss are currently on calendar for May 5, 2008 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for May 5, 2008 is hereby vacated and these matters are taken off calendar.  These matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.

The Clerk shall serve this Minute Order on all parties to the action.

Initials of Deputy Clerk   sr