|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND** |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 07-02544-JFW (VBKx)**                                           Date: May 12, 2008

Title:   In Re: International Rectifier Corporation Securities Litigation

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                               None Present
   Courtroom Deputy                        Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**        ORDER CONTINUING SCHEDULING CONFERENCE

   The Private Securities Litigation Reform Act provides that all discovery and other proceedings "shall be stayed during the pendency of any motion to dismiss" absent a showing of "undue prejudice" or a showing that "particularized discovery is necessary to preserve evidence." 15 U.S.C. § 78u-4(b)(3)(B).  In light of Defendants' pending motions to dismiss, the Court, on its own motion, hereby **CONTINUES** the Scheduling Conference, currently on calendar for May 19, 2008, to June 23, 2008 at 8:30 a.m.


   IT IS SO ORDERED.

   The Clerk shall serve a copy of this Minute Order on all parties to this action.


Initials of Deputy Clerk   sr