BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON   (Bar No. 211114)
(beng@blbglaw.com)
JON F. WORM   (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
(jtabacco@bermandevalerio.com)
NICOLE LAVALLEE (Bar No. 165755)
(nlavallee@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
(jbai@bermandevalerio.com)
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION<br><br>DISCOVERY MATTER | Case No. CV 07-02544-JFW (VBKx)<br><br>[~~PROPOSED~~] ORDER GRANTING LEAD PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PLAINTIFFS' [UNREDACTED] SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL AND ACCOMPANYING DECLARATION<br><br>Date: August 4, 2009<br>Time: 10:00 a.m.<br>Courtroom: 934H<br>Judge: Hon. Victor B. Kenton<br><br>Discovery Cut-Off: Oct. 26, 2009<br>Pretrial Conference: Dec. 4, 2009<br>Trial: Jan. 12, 2010 |

| | |
|---|---|
| 1 | Upon consideration of the application of Lead Plaintiffs to file under seal (1) Lead Plaintiffs' [Unredacted] Supplemental Brief in Support of Motion to Compel Defendant International Rectifier Corporation to Produce Documents and (2) the Declaration of Benjamin Galdston in Further Support of Lead Plaintiffs' Motion to Compel Defendants International Rectifier Corporation to Produce Documents, and with good cause having been shown, |

IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff's application to file documents under seal is GRANTED; and
2. The Clerk of the Court shall seal (1) Lead Plaintiffs' [Unredacted] Supplemental Brief in Support of Motion to Compel Defendant International Rectifier Corporation to Produce Documents and (2) the Declaration of Benjamin Galdston in Further Support of Lead Plaintiffs' Motion to Compel Defendant International Rectifier Corporation to Produce Documents.

IT IS SO ORDERED.

Dated: 7/27/, 2009

VICTOR B. KENTON
_____
HONORABLE VICTOR B. KENTON

Submitted by:

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

By:
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
JON F. WORM
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
-and-

| | |
|---|---|
| 1 | GERALD H. SILK |
| 2 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 3 | Tel: (212) 554-1400<br>Fax: (212) 554-1444 |
| 4 | |
| 5 | BERMAN DeVALERIO<br>NICOLE LAVALLEE |
| 6 | JOSEPH J. TABACCO, JR.<br>JULIE J. BAI |
| 7 | 425 California Street, Suite 2100<br>San Francisco, CA 94104-2205 |
| 8 | Tel: (415) 433-3200<br>Fax: (415) 433-6382 |
| 9 | -and- |
| 10 | KRISTIN J. MOODY (Bar No. 206326)<br>One Liberty Square |
| 11 | Boston, MA 02109<br>Tel: (617) 542-8300 |
| 12 | Fax: (617) 542-1194 |
| 13 | Attorneys for Co-Lead Plaintiffs General Retirement |
| 14 | System of the City of Detroit and Massachusetts<br>Laborers' Pension Fund |