```
 1  BERNSTEIN LITOWITZ BERGER
       & GROSSMANN LLP
 2  BLAIR A. NICHOLAS   (Bar No. 178428)
    (blairn@blbglaw.com)
 3  BENJAMIN GALDSTON   (Bar No. 211114)
    (beng@blbglaw.com)
 4  JON F. WORM   (Bar No. 248260)
    jonw@blbglaw.com
 5  12481 High Bluff Drive, Suite 300
    San Diego, CA 92130
 6  Tel:   (858) 793-0070
    Fax:   (858) 793-0323
 7
    BERMAN DeVALERIO
 8  JOSEPH J. TABACCO, JR. (Bar No. 75484)
    (jtabacco@bermandevalerio.com)
 9  NICOLE LAVALLEE (Bar No. 165755)
    (nlavallee@bermandevalerio.com)
10  DANIEL E. BARENBAUM (Bar No. 209261)
    (dbarenbaum@bermandevalerio.com)
11  JULIE J. BAI (Bar No. 227047)
    (jbai@bermandevalerio.com)
12  425 California Street, Suite 2100
    San Francisco, CA 94104-2205
13  Tel:   (415) 433-3200
    Fax:   (415) 433-6382
14
```

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) <br><br> NOTICE OF WITHDRAWAL OF APPEARANCE <br><br> [No Hearing Requested] |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Matthew P. Siben is hereby withdrawn as counsel for Co-Lead Plaintiffs in this matter.  As of June 15, 2009, Mr. Siben is not associated with the law firm of Bernstein Litowitz Berger & Grossmann LLP. Bernstein Litowitz Berger & Grossmann LLP and its attorneys, along with Berman DeValerio, will continue to represent Co-Lead Plaintiffs in this matter.

Dated: August 20, 2009    Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

   */s/ Benjamin Galdston*
BENJAMIN GALDSTON

BLAIR A. NICHOLAS
BENJAMIN GALDSTON
JON F. WORM
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR.
NICOLE LAVALLEE
DANIEL E. BARENBAUM
JULIE J. BAI
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382
         -and-
KRISTIN J. MOODY (Bar No. 206326)
One Liberty Square
Boston, MA 02109
Tel:   (617) 542-8300
Fax:   (617) 542-1194

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*