BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON   (Bar No. 211114)
(beng@blbglaw.com)
JON F. WORM   (Bar No. 248260)
(jonw@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR.   (Bar No. 75484)
(jtabacco@bermanesq.com)
NICOLE LAVALLEE   (Bar No. 165755)
(nlavallee@bermanesq.com)
DANIEL BARENBAUM (Bar No. 209261)
JULIE J. BAI    (Bar No. 227047)
(jbai@bermanesq.com)
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs Massachusetts Laborers'
Pension Fund and General Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) |
| | **DECLARATION OF SERVICE** |

I, KRISTINA L. SOUSEK, declare,

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on August 20, 2009, I caused to be served the following documents:

- NOTICE OF WITHDRAWAL OF APPEARANCE; and
- DECLARATION OF SERVICE

by electronic mail addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ **(BY ELECTRONIC MAIL)** Pursuant to F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be filed with the Court via Electronic Case Filing and transmitted electronically to the offices of the email addressee(s) listed below.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DECLARATION OF SERVICE
Case No. CV 07-02544-JFW (VBKx)

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct.  Executed this 20th day of August, 2009, at San Diego, California.

_/s/ Kristina L. Sousek_
KRISTINA L. SOUSEK

DECLARATION OF SERVICE
Case No. CV 07-02544-JFW (VBKx)

1

## <u>SERVICE LIST</u>

2

3

---

**COUNSEL FOR DEFENDANTS INTERNATIONAL RECTIFIER CORPORATION**

4

5

John P. Stigi, III

6

Christina Lucen Costley

SHEPPARD MULLIN RICHTER

7

   & HAMPTON LLP

333 South Hope Street, 48th Floor

8

Los Angeles, CA 90071

9

Tel: (213) 620-1780

Fax: (213) 620-1398

10

jstigi@sheppardmullin.com

ccostley@sheppardmullin.com

11

ckhojandpour@sheppardmullin.com

dfinkey@sheppardmullin.com

12

mwhite@sheppardmullin.com

13

14

---

**COUNSEL FOR DEFENDANT ERIC P. LIDOW**

15

| Joel A. Feuer | Brenda L. Kleidosty |
|---|---|
| GIBSON DUNN & CRUTCHER LLP | GIBSON DUNN & CRUTCHER LLP |
| 2029 Century Park East | 333 South Grand Ave. |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| Tel: (310) 551-8808 | Tel: (213) 229-7041 |
| Fax: (310) 552-7058 | Fax: (213) 229-6041 |
| jfeuer@gibsondunn.com | bkleidosty@gibsondunn.com |

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF SERVICE
Case No. CV 07-02544-JFW (VBKx)

| **COUNSEL FOR DEFENDANT ALEXANDER LIDOW** |
|---|
| Diane Lee McGimsey<br>Edward Eric Johnson<br>Robert A. Sacks<br>Jason De Bretteville<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, CA 90067<br>Tel: (310) 712-6600<br>Fax: (310) 712-8800<br>sacksr@sullcrom.com<br>debrettevillej@sullcrom.com<br>mcgimseyd@sullcrom.com<br>johnsonee@sullcrom.com |

| **COUNSEL FOR DEFENDANT MICHAEL P. McGEE** |
|---|
| Pamela S. Palmer<br>Jason J. Kim<br>Peter W. Baldwin<br>Ethan Brown<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Tel: (213) 485-1234<br>Fax: (213) 891-8763<br>jason.kim@lw.com<br>ethan.brown@lw.com |

DECLARATION OF SERVICE
Case No. CV 07-02544-JFW (VBKx)