BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
BENJAMIN GALDSTON (Bar No. 211114)
beng@blbglaw.com
JON F. WORM (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@bermandevalerio.com
DANIEL E. BARENBAUM (Bar No. 209261)
(dbarenbaum@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
jbai@bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) <br><br> **ADMINISTRATIVE APPLICATION FOR AN ORDER SETTING TELEPHONIC CONFERENCE AND CONTINUING SCHEDULE ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Courtroom: 16 <br> Judge: Hon. John F. Walter <br><br> Discovery Cut-Off: Oct. 26, 2009 <br> Pretrial Conference: Dec. 4, 2009 <br> Trial: Jan. 12, 2010 |

Lead Plaintiffs, General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund ("Lead Plaintiffs"), by and through their respective counsel, hereby submit this administrative application for an order: (1) setting an expedited telephonic conference regarding defendants' refusal to sign the written settlement agreement despite their representations to the Court and investors; and (2) continuing the schedule for Lead Plaintiffs' motion for class certification.

I. PROCEDURAL HISTORY

On July 31, 2009, Lead Plaintiffs and defendants filed a Joint Stipulation to Continue Lead Plaintiffs' Class Certification Motion. *See* Doc. 263, attached hereto as Exhibit A. The parties represented to the Court that on July 29, 2009, all parties, under the supervision of the Hon. Layn Phillips, United States District Judge (Ret.), had reached an agreement in principle to settle this litigation subject to the Court's approval. *Id.*

The parties also represented that they would endeavor to execute a written settlement agreement and related documentation within 30 days and file with the Court its motion for preliminary approval of the Proposed Settlement on or before August 31, 2009. *Id.* The parties also agreed, subject to Court approval, to extend the deadline for Lead Plaintiffs to file their Reply brief to their class certification motion to September 14, 2009, and the hearing on Lead Plaintiff's motion to September 28, 2009. *Id.*

Pursuant to the parties' joint representations, on August 5, 2009, the Court entered an Order Granting Joint Stipulation to Continue Lead Plaintiffs' motion for Class Certification [Doc. 275], thereby continuing the date for filing Lead Plaintiffs' Reply brief to September 14, 2009, and continuing the hearing date to September 28, 2009.

Concurrently with informing the Court of the settlement, on July 31, 2009, IRF also issued a press release informing investors of the settlement. *See* Exhibit B attached hereto. IRF further informed investors that it expects the approval process will be completed before the end of 2009. *Id.* In order to be consistent with IRF's representations to investors as to the timing of the final approval process, the settlement agreement must be promptly executed and submitted for the Court's consideration of preliminary approval prior to the mailing of the Notice to the Class.

Lead Plaintiffs have diligently drafted the settlement documents, and the parties reached agreement on all terms of the written settlement agreement by August 21, 2009. As of the date of this filing, however, defendants refuse to execute the written settlement agreement.

## II. RELIEF SOUGHT

In light of defendants' continued delay in executing the settlement agreement, Lead Plaintiffs request that the Court:

(1) Schedule an expedited telephonic conference to obtain an explanation for defendants' delay in executing the written settlement agreement. In the alternative, because defendants have already succeeded in delaying the filing of the proposed settlement and preliminary approval motion by two weeks after the August 31, 2009 deadline jointly represented to the Court, Lead Plaintiffs request that the Court issue an order setting a date certain, within ten (10) calendar days, by which defendants must execute the written settlement agreement; and

(2) Continue the remaining dates relating to the motion for class certification because the motion, including continuing the deadline for filing Lead Plaintiffs' Reply brief in support of their class certification motion to October 26, 2009, and the hearing on the motion for class certification to November 9, 2009.

| | |
|---|---|
| Dated: September 14, 2009 | Respectfully submitted,<br><br>BERNSTEIN LITOWITZ BERGER<br>    & GROSSMANN LLP<br><br>_____<br>         */s/ Benjamin Galdston*<br>        BENJAMIN GALDSTON<br><br>BLAIR A. NICHOLAS<br>BENJAMIN GALDSTON<br>JON F. WORM<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:  (858) 793-0323<br>       -and-<br>GERALD H. SILK<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel:   (212) 554-1400<br>Fax:  (212) 554-1444 |
| Dated: September 14, 2009 | BERMAN DeVALERIO<br><br>_____<br>         */s/ Nicole Lavallee*<br>        NICOLE LAVALLEE<br><br>JOSEPH J. TABACCO, JR.<br>NICOLE LAVALLEE<br>DANIEL E. BARENBAUM<br>JULIE J. BAI<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel:   (415) 433-3200<br>Fax:  (415) 433-6382<br>       -and-<br>KRISTIN J. MOODY (Bar No. 206326)<br>One Liberty Square<br>Boston, MA 02109<br>Tel:   (617) 542-8300<br>Fax:  (617) 542-1194 |

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*