BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
BENJAMIN GALDSTON (Bar No. 211114)
beng@blbglaw.com
JON F. WORM (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@bermandevalerio.com
DANIEL E. BARENBAUM (Bar No. 209261)
(dbarenbaum@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
jbai@bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:    (415) 433-3200
Fax:    (415) 433-6382

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>**[PROPOSED] ORDER SETTING TELEPHONIC CONFERENCE AND CONTINUING SCHEDULE ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 16<br>Judge: Hon. John F. Walter<br><br>Discovery Cut-Off: Oct. 26, 2009<br>Pretrial Conference: Dec. 4, 2009<br>Trial: Jan. 12, 2010 |

1    TO ALL PARITES AND THEIR ATTORNEYS OF RECORD:

2    Upon consideration of the Lead Plaintiffs' Administrative Application and

3    with good cause having been shown,

4    IT IS HEREBY ORDERED THAT:

5    1.    The parties appear for a telephonic conference before the Court on

6    _____, 2009 to address the reason for defendants' delay in signing the written

7    settlement agreement;

8    2.    The date for filing Lead Plaintiffs' reply papers in support of class

9    certification is continued to October 28, 2009; and

10    3.    The hearing date for Lead Plaintiffs' motion for class certification is

11    continued to November 9, 2009.

12    IT IS SO ORDERED.

13

14    Dated:  _____, 2009    _____

15                                      HONORABLE JOHN F. WALTER

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE ADMIN. APP. FOR
ORDER SETTING TELEPHONIC CONF. AND
CONTINUING CLASS CERT. MOTION
Case No. CV 07-02544-JFW (VBKx)