# EXHIBIT A

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
blairn@blbglaw.com
BENJAMIN GALDSTON   (Bar No. 211114)
beng@blbglaw.com
JON F. WORM   (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@bermandevalerio.com
DANIEL E. BARENBAUM (Bar No. 209261)
dbarenbaum@bermandevalerio.com
JULIE J. BAI (Bar No. 227047)
jbai@bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>**JOINT STIPULATION TO CONTINUE LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: Aug. 10, 2009<br>Time: 1:30 p.m.<br>Courtroom: 16<br>Judge: Hon. John F. Walter<br><br>Discovery Cut-Off: Oct. 26, 2009<br>Pretrial Conference: Dec. 4, 2009<br>Trial: Jan. 12, 2010 |

Lead Plaintiffs, General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund ("Lead Plaintiffs"), together with defendants International Rectifier Corporation ("IR"), Alexander Lidow, Eric Lidow and Michael P. McGee (collectively "Defendants"), by and through their respective counsel, and subject to the Court's approval, hereby stipulate as follows:

WHEREAS, on March 17, 2009, Lead Plaintiffs filed a motion for class certification [Doc. 215];

WHEREAS, on June 29, 2009, defendant IR filed its Opposition to Lead Plaintiffs' Motion for Class Certification [Doc. 237];

WHEREAS, pursuant to the Court's June 4, 2009 Order [Doc. 220], Lead Plaintiffs' Reply in Support of Class Certification is due on July 31, 2009 and the Court is scheduled to hear oral argument on Lead Plaintiffs' Motion for Class Certification on August 10, 2009;

WHEREAS, on July 29, 2009, all parties, by and through their respective counsel and under the supervision of Hon. Layn Phillips, United States District Judge (Ret.), reached an agreement in principle to settle this litigation subject to the Court's approval (the "Proposed Settlement");

WHEREAS, pursuant to the settlement agreement, the parties have further agreed to cease all litigation activity;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Defendants and Lead Plaintiffs, through their respective counsel, and subject to the Court's approval, that:

1. The parties will endeavor to execute a written settlement agreement and related documentation within 30 days so that Lead Plaintiffs may file with the Court its motion for preliminary approval of the Proposed Settlement on or before August 31, 2009;

   2.   The July 31, 2009 date for filing Lead Plaintiffs' Reply in Support of Class Certification is continued to September 14, 2009; and

   3.   The August 10, 2009 hearing date for Lead Plaintiffs' Motion for Class Certification is continued to September 28, 2009.

Dated: July 31, 2009                    Respectfully submitted,

                                        BERNSTEIN LITOWITZ BERGER
                                          & GROSSMANN LLP


                                        _____/s/ Blair A. Nicholas_____
                                              BLAIR A. NICHOLAS

                                        BLAIR A. NICHOLAS
                                        BENJAMIN GALDSTON
                                        JON F. WORM
                                        12481 High Bluff Drive, Suite 300
                                        San Diego, CA 92130
                                        Tel:   (858) 793-0070
                                        Fax:   (858) 793-0323
                                               -and-
                                        GERALD H. SILK
                                        1285 Avenue of the Americas
                                        New York, NY 10019
                                        Tel:   (212) 554-1400
                                        Fax:   (212) 554-1444

Dated: July 31, 2009                    BERMAN DeVALERIO


                                        _____/s/ Nicole Lavallee_____
                                              NICOLE LAVALLEE

                                        JOSEPH J. TABACCO, JR.
                                        NICOLE LAVALLEE
                                        DANIEL E. BARENBAUM
                                        JULIE J. BAI
                                        425 California Street, Suite 2100
                                        San Francisco, CA 94104-2205
                                        Tel:   (415) 433-3200
                                        Fax:   (415) 433-6382

|   |   |   |
|---|---|---|
| | | -and-<br>KRISTIN J. MOODY (Bar No. 206326)<br>One Liberty Square<br>Boston, MA 02109<br>Tel:   (617) 542-8300<br>Fax:  (617) 542-1194 |

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*

Dated: July 31, 2009          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


          */s/ Christina L. Costley*
          CHRISTINA L. COSTLEY

JOHN P. STIGI III
JOHN LANDRY
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Tel:   (213) 620-1780
Fax:  (213) 620-1398
-and-
CHRISTINA L. COSTLEY
1111 Chapala Street, 3rd Floor
Santa Barbara, CA 93111
Tel:   (805) 879-1818

*Attorneys for Defendant International Rectifier Corporation*

Dated: July 31, 2009          SULLIVAN & CROMWELL LLP


          */s/ Diane McGimsey*
          DIANE McGIMSEY

ROBERT A. SACKS
DIANE McGIMSEY
EDWARD E. JOHNSON
JASON DE BRETEVILLE

1888 Century Park East
Los Angeles, CA 90067
Tel:  (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Defendant Alexander Lidow*

Dated: July 31, 2009    LATHAM & WATKINS LLP


            /s/ Charles W. Cox
          CHARLES W. COX

PAMELA S. PALMER
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290
-and-
CHARLES W. COX
JASON J. KIM
355 S. Grand Avenue
Los Angeles, CA 90071-1560
Tel:  (213) 891-8607
Fax:  (213) 891-8763

*Attorneys for Defendant Michael P. McGee*

Dated: July 31, 2009    GIBSON DUNN & CRUTCHER LLP


            /s/ Joel A. Feuer
          JOEL A. FEUER

JOEL A. FEUER
BRENDA L. KLEIDOSTY
2029 Century Park East, Suite 4000
Los Angeles, CA 90067
Tel:  (310) 552-8500
Fax:  (310) 551-8741

*Attorneys for Defendant Eric Lidow*