BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
BENJAMIN GALDSTON (Bar No. 211114)
beng@blbglaw.com
JON F. WORM (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@bermandevalerio.com
DANIEL E. BARENBAUM (Bar No. 209261)
(dbarenbaum@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
jbai@bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) **NOTICE OF ERRATA** Courtroom: 16 Judge: Hon. John F. Walter Discovery Cut-Off: Oct. 26, 2009 Pretrial Conference: Dec. 4, 2009 Trial: Jan. 12, 2010 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Docket Nos. 278 and 280, Administrative Application for an Order Setting Telephonic Conference and Continuing Schedule on Lead Plaintiffs' Motion for Class Certification, were filed inadvertently without accompanying exhibits and are hereby withdrawn. The corrected document has been filed as Docket No. 281.

Dated: September 15, 2009

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER  
  & GROSSMANN LLP

*/s/ Benjamin Galdston*  
BENJAMIN GALDSTON

BLAIR A. NICHOLAS  
BENJAMIN GALDSTON  
JON F. WORM  
12481 High Bluff Drive, Suite 300  
San Diego, CA 92130  
Tel: (858) 793-0070  
Fax: (858) 793-0323  
    -and-  
GERALD H. SILK  
1285 Avenue of the Americas  
New York, NY 10019  
Tel: (212) 554-1400  
Fax: (212) 554-1444