1  BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
2  BLAIR A. NICHOLAS   (Bar No. 178428)
   (blairn@blbglaw.com)
3  BENJAMIN GALDSTON   (Bar No. 211114)
   (beng@blbglaw.com)
4  JON F. WORM   (Bar No. 248260)
   (jonw@blbglaw.com)
5  12481 High Bluff Drive, Suite 300
6  San Diego, CA 92130
   Tel:   (858) 793-0070
7  Fax:   (858) 793-0323

8  BERMAN DeVALERIO
   JOSEPH J. TABACCO, JR.   (Bar No. 75484)
9  (jtabacco@bermanesq.com)
   NICOLE LAVALLEE   (Bar No. 165755)
10 (nlavallee@bermanesq.com)
   DANIEL BARENBAUM (Bar No. 209261)
11 JULIE J. BAI   (Bar No. 227047)
   (jbai@bermanesq.com)
12 425 California Street, Suite 2100
13 San Francisco, CA 94104-2205
   Tel:   (415) 433-3200
14 Fax:   (415) 433-6382

15 *Attorneys for Co-Lead Plaintiffs Massachusetts Laborers'*
   *Pension Fund and General Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) <br><br>**DECLARATION OF SERVICE** |
|---|---|

DECLARATION OF SERVICE
Case No. CV 07-02544-JFW (VBKx)

I, KRISTINA L. SOUSEK, declare,

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on September 15, 2009, I caused to be served the following documents:

- NOTICE OF ERRATA; and
- DECLARATION OF SERVICE

by electronic mail addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ **(BY ELECTRONIC MAIL)** Pursuant to F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be filed with the Court via Electronic Case Filing and transmitted electronically to the offices of the email addressee(s) listed below.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

-1-  DECLARATION OF SERVICE
Case No. CV 07-02544-JFW (VBKx)

1 | I declare under penalty of perjury under the laws of State of California that
2 | the foregoing is true and correct.  Executed this 15th day of September, 2009, at
3 | San Diego, California.

                                               */s/ Kristina L. Sousek*
                                               KRISTINA L. SOUSEK

# SERVICE LIST

**COUNSEL FOR DEFENDANTS INTERNATIONAL RECTIFIER CORPORATION**

John P. Stigi, III
Christina Lucen Costley
SHEPPARD MULLIN RICHTER
   & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Tel: (213) 620-1780
Fax: (213) 620-1398
jstigi@sheppardmullin.com
ccostley@sheppardmullin.com
ckhojandpour@sheppardmullin.com
dfinkey@sheppardmullin.com
mwhite@sheppardmullin.com

**COUNSEL FOR DEFENDANT ERIC P. LIDOW**

| | |
|---|---|
| Joel A. Feuer | Brenda L. Kleidosty |
| GIBSON DUNN & <br>    CRUTCHER LLP | GIBSON DUNN & <br>    CRUTCHER LLP |
| 2029 Century Park East | 333 South Grand Ave. |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| Tel: (310) 551-8808 | Tel: (213) 229-7041 |
| Fax: (310) 552-7058 | Fax: (213) 229-6041 |
| jfeuer@gibsondunn.com | bkleidosty@gibsondunn.com |

1
2
3
4
5
6
7
8
9
10
11

| **COUNSEL FOR DEFENDANT ALEXANDER LIDOW** |
|---|
| Diane Lee McGimsey |
| Edward Eric Johnson |
| Robert A. Sacks |
| Jason De Bretteville |
| SULLIVAN & CROMWELL LLP |
| 1888 Century Park East |
| Los Angeles, CA 90067 |
| Tel: (310) 712-6600 |
| Fax: (310) 712-8800 |
| sacksr@sullcrom.com |
| debrettevillej@sullcrom.com |
| mcgimseyd@sullcrom.com |
| johnsonee@sullcrom.com |

12
13
14
15
16
17
18
19
20

| **COUNSEL FOR DEFENDANT MICHAEL P. McGEE** |
|---|
| Pamela S. Palmer |
| Jason J. Kim |
| Peter W. Baldwin |
| Ethan Brown |
| LATHAM & WATKINS LLP |
| 355 South Grand Avenue |
| Los Angeles, CA 90071-1560 |
| Tel: (213) 485-1234 |
| Fax: (213) 891-8763 |
| jason.kim@lw.com |
| ethan.brown@lw.com |

21
22
23
24
25
26
27
28