SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership Including
Professional Corporations
JOHN P. STIGI III, State Bar No. 208342
jstigi@sheppardmullin.com
CYRUS KHOJANDPOUR, State Bar No. 260233
ckhojandpour@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:  (213) 620-1780

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership Including
Professional Corporations
CHRISTINA L. COSTLEY, State Bar No. 227134
ccostley@sheppardmullin.com
1111 Chapala Street, 3d Floor
Santa Barbara, California 93111
Telephone:  (805) 879-1818

Attorneys for Defendant
INTERNATIONAL RECTIFIER
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION. | Case No. CV 07-02544 JFW (VBKx)<br><br>Hon. John F. Walter<br><br>**DEFENDANT INTERNATIONAL RECTIFIER CORPORATION'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE APPLICATION FOR AN ORDER SETTING TELEPHONIC CONFERENCE AND CONTINUING SCHEDULE ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:  April 17, 2007<br>Pre-Trial Conf. Date:  Dec. 4, 2009<br>Trial Date:  Jan. 12, 2010 |

1  Defendant International Rectifier Corporation ("IR" or the "Company")
2  respectfully submits this response to plaintiffs' administrative application for an
3  order setting an expedited telephonic conference and continuing the schedule for
4  their motion for class certification.
5  As set forth in Exhibits A and B attached to plaintiffs' administrative applica-
6  tion, at the end of July 2009 the parties reached an agreement in principle to settle
7  this action for a total of $90 million, with $45 million to be paid by the Company
8  and $45 million to be paid by the Company's directors and officers ("D&O") insur-
9  ance carriers. Since then, counsel for plaintiffs, IR, the individual defendants and
10 the Company's seven excess D&O insurance carriers have been working actively on
11 papering the complex settlement arrangements between and among them. Although
12 the process has taken a bit longer than hoped, we continue to expect that it will be
13 completed shortly. Thereafter, counsel for IR will cooperate with plaintiffs on facil-
14 itating a prompt schedule for preliminary and final approval of the settlement, which
15 is in all parties' interests.
16 So as to avoid any prejudice to plaintiffs while we complete this process, IR
17 consents to plaintiffs' request for a further continuance of the schedule for their
18 motion for class certification.
19 Dated: September 15, 2009   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21              By _____/s John P. Stigi III /s_____
                         JOHN P. STIGI III
22                     Attorneys for Defendant
                    INTERNATIONAL RECTIFIER
23                          CORPORATION

W02-EAST:1JPS1\200256215.1                             IR'S RESPONSE TO PLAINTIFFS'
                                                       ADMINSTRATIVE APPLICATION

# PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **September 15, 2009**, I served the following document(s) described as **DEFENDANT INTERNATIONAL RECTIFIER CORPORATION'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE APPLICATION FOR AN ORDER SETTING TELEPHONIC CONFERENCE AND CONTINUING SCHEDULE ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 213-620-1398. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 15, 2009**, at Los Angeles, California.

*/s/ Marilyn Vanterpool*
Marilyn Vanterpool

## SERVICE LIST

Daniel S. Somers, Esquire  
COHEN MILSTEIN HAUSFELD & TOLL  
1100 New York Avenue NW, Suite 500  
Washington, DC 20005-3964  

Melinda M. Luthin  
Latham & Watkins LLP  
650 Town Center Drive, 20th Floor  
Costa Mesa, CA 92626  

Jason J. Kim  
Jason J. Kim and Associates  
3250 Wilshire Blvd Suite 1414  
Los Angeles, CA 90010  

Jacob I Kiani  
Sheppard Mullin Richter & Hampton LLP  
333 South Hope Street, 48th Floor  
Los Angeles, CA 90071-1448  

John M Landry  
Sheppard Mullin Richter and Hampton  
333 South Hope Street  
48th Floor  
Los Angeles, CA 90071-3043