## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EDWARD R. KOLLER, JR., PLAINTIFF(S) | CASE NUMBER |
|---|---|
|  | CV 07-02544-JRW (VBKx) |
| v. INTERNATIONAL RECTIFIER CORPORATION, ET AL. DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, Lori S. Brody , 150545 , lbrody@kaplanfox.com
    *Name*               *CA Bar ID Number*            *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Edward R. Koller

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

---

☒ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
           PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address 1801 Century Park East, Suite 1440, Los Angeles, CA 90067
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

---

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

 Attorney Name _____ CA State Bar Number _____
 Firm/Government Agency Name _____
 Address: _____
 Telephone Number _____ Facsimile Number _____
 New E-mail address _____

---

☐ TO BE REMOVED FROM THE CASE: **

  ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

  ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

---

Date: September 15, 2009         *Lori S. Brody/ads*
                     Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

**PROOF OF SERVICE**

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On September 15, 2009, I used the Central District of California's Electronic Case Filing System, with the ECF registered to Lori S. Brody to file following document(s):

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by email in this case are found on the Court's Electronic Mail Notice List.

On this date, I served the below parties:

Jacob I. Kiani
John M. Landry
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071
Telephone: 213-620-1780
Facsimile: 213-620-1398

Jason J Kim
JASON J KIM AND ASSOCIATES
3250 Wilshire Blvd Suite 1414
Los Angeles, CA 90010

Melinda M Luthin
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626

Daniel S Sommers
COHEN MILSTEIN HAUSFELD & TOLL
West Twr
1100 New York Ave NW, Ste 500
Washington, DC 20005-3964

\_\_\_\_\_ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

XXX (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox & Kilsheimer. I am readily familiar with the practice of Kaplan

1  Fox & Kilsheimer for collecting and processing of correspondence for mailing with the United States Postal Service, said practice
2  being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States
3  Postal Service the same day as it is placed for collection.

4  ___    (PERSONAL SERVICE)  I caused personal delivery of the document(s) listed above the person(s) at the address(es) set
5  forth below.

6  ___    (BY E-MAIL) I caused a copy of said document(s) to be sent via e-mail to the above referenced e-mail addressee(s).
7

8  ___    (BY OVERNIGHT DELIVERY)  I placed the sealed envelope(s) or package(s) designated by the express service carrier for
9  collection and overnight delivery by following the ordinary business practices of _____.  I am readily familiar with
10 _____ practice for collecting and processing of correspondence for overnight delivery, said practice being that,
11 in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at
12 the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.
13

14     I declare under penalty of perjury under the laws of the
15 United States of America and the State of California that the
16 foregoing is true and correct.
17     Executed September 15, 2009, at San Francisco, California.
18
                                    _____
19                                        Adrianna D. Gutierrez
20
21
22
23
24
25
26
27
28

2

PROOF OF SERVICE