BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
BENJAMIN GALDSTON (Bar No. 211114)
beng@blbglaw.com
JON F. WORM (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@bermandevalerio.com
DANIEL E. BARENBAUM (Bar No. 209261)
(dbarenbaum@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
jbai@bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:    (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>**ORDER** ~~SETTING TELEPHONIC CONFERENCE AND~~ **CONTINUING SCHEDULE ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 16<br>Judge: Hon. John F. Walter<br><br>Discovery Cut-Off: Oct. 26, 2009<br>Pretrial Conference: Dec. 4, 2009<br>Trial: Jan. 12, 2010 |

[PROPOSED] ORDER RE ADMIN. APP. FOR ORDER
SETTING TELEPHONIC CONF. AND CONTINUING
CLASS CERT. MOTION
Case No. CV 07-02544-JFW (VBKx)

TO ALL PARITES AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Lead Plaintiffs' Administrative Application and with good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. The date for filing Lead Plaintiffs' reply papers in support of class certification is continued to October 28, 2009; and

2. The hearing date for Lead Plaintiffs' motion for class certification is continued to November 9, 2009.

3. Parties shall file a joint report by **September 22, 2009** explaining the delay in executing the settlement agreement.

IT IS SO ORDERED.

Dated: September 16, 2009

_____
HONORABLE JOHN F. WALTER

NOTE: CHANGES MADE BY THE COURT