1  BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
2  BLAIR A. NICHOLAS  (Bar No. 178428)
   blairn@blbglaw.com
3  BENJAMIN GALDSTON  (Bar No. 211114)
   beng@blbglaw.com
4  JON F. WORM  (Bar No. 248260)
   jonw@blbglaw.com
5  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
6  Tel:   (858) 793-0070
   Fax:  (858) 793-0323
7
   BERMAN DeVALERIO
8  JOSEPH J. TABACCO, JR.  (Bar No. 75484)
   jtabacco@bermandevalerio.com
9  NICOLE LAVALLEE  (Bar No. 165755)
   nlavallee@bermandevalerio.com
10 DANIEL E. BARENBAUM  (Bar No. 209261)
   dbarenbaum@bermandevalerio.com
11 JULIE J. BAI  (Bar No. 227047)
   jbai@bermandevalerio.com
12 425 California Street, Suite 2100
   San Francisco, CA 94104-2205
13 Tel:   (415) 433-3200
   Fax:  (415) 433-6382
14
   *Attorneys for Co-Lead Plaintiffs*
15 *General Retirement System of the City of Detroit
   and Massachusetts Laborers' Pension Fund*

16

17                    UNITED STATES DISTRICT COURT

18                    CENTRAL DISTRICT OF CALIFORNIA

19

| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) **PARTIES' JOINT REPORT REGARDING PROPOSED SETTLEMENT, AND JOINT UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** Courtroom: 16 Judge: Hon. John F. Walter |
|---|---|

1      Lead Plaintiffs, General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund, together with defendants International Rectifier Corporation ("IR"), Alexander Lidow, Eric Lidow, and Michael P. McGee (collectively "Defendants"), respectfully provide the Court with this Joint Report in response to the Court's September 16, 2009 Order [Doc. No. 287], and jointly seek preliminary approval of the Settlement.

       The parties are pleased to report that they have executed the Stipulation of Settlement. Accordingly, the parties respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order"), submitted herewith.

       The proposed Preliminary Approval Order will, among other things: (i) grant preliminary approval of the proposed class action settlement on the terms set forth in the Stipulation of Settlement dated as of September 22, 2009 (the "Stipulation," attached as Exhibit 1 to Lead Plaintiffs' Memorandum of Points and Authorities in Support of Joint Unopposed Motion for Preliminary Approval of Class Action Settlement, submitted herewith); (ii) certify the Class for settlement purposes only; (iii) approve the form and manner of giving notice of the proposed Settlement to the Class; and (iv) set a date for the Final Approval Hearing.

       The parties request expedited review of this joint unopposed Motion so that Notice may be sent to Class Members, and submit that a hearing on preliminary approval is unnecessary.

Dated: September 22, 2009          Respectfully submitted,

                                   BERNSTEIN LITOWITZ BERGER
                                   & GROSSMANN LLP


                                   _/s/ Blair A. Nicholas_
                                   BLAIR A. NICHOLAS

-1-                                JOINT REPORT RE SETTLEMENT
                                   Case No. CV 07-02544-JFW (VBKx)

BLAIR A. NICHOLAS
BENJAMIN GALDSTON
JON F. WORM
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
    -and-
GERALD H. SILK
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

Dated: September 22, 2009

BERMAN DeVALERIO

_/s/ Nicole Lavallee_
NICOLE LAVALLEE

JOSEPH J. TABACCO, JR.
NICOLE LAVALLEE
DANIEL E. BARENBAUM
JULIE J. BAI
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel: (415) 433-3200
Fax: (415) 433-6382
    -and-
KRISTIN J. MOODY (Bar No. 206326)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*

| | | |
|---|---|---|
| 1 | Dated: September 22, 2009 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

/s/ John P. Stigi III
JOHN P. STIGI III

JOHN P. STIGI III
JOHN LANDRY
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Tel:   (213) 620-1780
Fax:  (213) 620-1398
-and-
CHRISTINA L. COSTLEY
1111 Chapala Street, 3rd Floor
Santa Barbara, CA 93111
Tel:   (805) 879-1818

*Attorneys for Defendant International Rectifier Corporation*

Dated: September 22, 2009                SULLIVAN & CROMWELL LLP

/s/ Diane McGimsey
DIANE McGIMSEY

ROBERT A. SACKS
DIANE McGIMSEY
EDWARD E. JOHNSON
JASON DE BRETEVILLE
1888 Century Park East
Los Angeles, CA 90067
Tel:   (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Defendant Alexander Lidow*

| | |
|---|---|
| Dated: September 22, 2009 | LATHAM & WATKINS LLP |

       /s/ Pamela S. Palmer  
       PAMELA S. PALMER

PAMELA S. PALMER  
650 Town Center Drive, 20th Floor  
Costa Mesa, CA 92626-1925  
Tel: (714) 540-1235  
Fax: (714) 755-8290  
-and-  
CHARLES W. COX  
JASON J. KIM  
355 S. Grand Avenue  
Los Angeles, CA 90071-1560  
Tel: (213) 891-8607  
Fax: (213) 891-8763

*Attorneys for Defendant Michael P. McGee*

Dated: September 22, 2009    GIBSON DUNN & CRUTCHER LLP

       /s/ Joel A. Feuer  
       JOEL A. FEUER

JOEL A. FEUER  
BRENDA L. KLEIDOSTY  
2029 Century Park East, Suite 4000  
Los Angeles, CA 90067  
Tel: (310) 552-8500  
Fax: (310) 551-8741

*Attorneys for Defendant Eric Lidow*