1
2
3
4
5
6

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
blairn@blbglaw.com
BENJAMIN GALDSTON   (Bar No. 211114)
beng@blbglaw.com
JON F. WORM   (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

7
8
9
10
11
12
13

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@ bermandevalerio.com
DANIEL E. BARENBAUM (Bar No. 209261)
dbarenbaum@bermandevalerio.com
JULIE J. BAI (Bar No. 227047)
jbai@ bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

14
15

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

16
17
18

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

19
20
21
22
23
24
25
26
27
28

| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) |
|---|---|
| | **PROOF OF CLAIM FORM AND RELEASE** |
| | **EXHIBIT A-2** |

## I.    GENERAL INSTRUCTIONS

1.    To be eligible to recover as a member of the Class based on your claims in the action entitled *In re International Rectifier Corporation Securities Litigation,* Case No. CV 07-02544-JFW (VBKx) (the "Consolidated Action"), you must complete and, on page ___ hereof, sign this Proof of Claim Form.  If you fail to timely file a properly addressed (as set forth in paragraph 3 below) Proof of Claim Form, your claim may be rejected and you may be precluded from any recovery from the Settlement Fund created in connection with the proposed settlement of the Consolidated Action.

2.    Submission of this Proof of Claim Form, however, does not assure that you will share in the proceeds of the settlement of the Consolidated Action.

**3.    YOU MUST MAIL YOUR COMPLETED AND SIGNED PROOF OF CLAIM FORM POSTMARKED ON OR BEFORE [120 days after Notice Date]:**

> *International Rectifier Settlement*
> Claims Administrator
> c/o The Garden City Group, Inc.
> P.O. Box 9533
> Dublin, OH 43017-4833
> (888) 685-7768

If you are NOT a member of the Class (as defined below and in the Notice Of Pendency Of Class Action And Proposed Settlement, Final Approval Hearing, And Motion For Attorneys' Fees And Reimbursement Of Litigation Expenses ("Notice")), **DO NOT** submit a Proof of Claim Form.

4.    If you are a member of the Class and you did not timely request exclusion in connection with the proposed settlement, you are bound by the terms of any judgment entered in the Consolidated Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM FORM.

## II.   CLAIMANT IDENTIFICATION

If you purchased or acquired publicly-traded International Rectifier ("IR") Securities, and held documents evidencing these transactions (*i.e.*, stock certificate(s), etc.) in your name, you are the beneficial purchaser as well as the record purchaser.  If, however, you purchased or acquired IR Securities and the transactional document(s) was/were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial purchaser and the third party is the record purchaser.

Use Part I of the Proof of Claim Form – entitled "Claimant Identification" – to identify each purchaser of record ("nominee"), if different from the beneficial purchaser of IR Securities which forms the basis of this claim.  **THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER OR PURCHASERS, OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER OR PURCHASERS, OF THE INTERNATIONAL RECTIFIER SECURITIES UPON WHICH THIS CLAIM IS BASED.**

All joint purchasers must sign this claim.   Executors, administrators, guardians, conservators and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.   The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III.   CLAIM FORM

Use Part II of Proof of Claim and Release – entitled "Transactions in International Rectifier Securities" – to supply all required details of your transaction(s) in International Rectifier Securities.   If you need more space or additional schedules, attach separate sheets giving all of the required information

in substantially the same form.  Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to all of your purchases and all of your sales of IR Securities which took place at any time during the Class Period, whether such transactions resulted in a profit or loss. Failure to report all requested information may result in the rejection of your claim.

List each transaction separately and in chronological order, by trade date, beginning with the earliest.  You must accurately provide the month, day and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase of International Rectifier Securities.  The date of a "short sale" is deemed to be the date of sale of International Rectifier Securities.

Copies of broker confirmations or other documentation of your transactions in International Rectifier Securities should be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

### *In re International Rectifier Corp. Securities Litigation*

### PART I: CLAIMANT IDENTIFICATION

_____

Beneficial Owner's Name (First, Middle, Last)        / Joint Owner's Name

_____

Street Address

_____

City                              State            Zip Code

_____

Foreign Province                  Foreign Country

_____        _____ (Daytime)

Area Code                          Telephone Number

_____        _____ (Evening)

Area Code                          Telephone Number

PROOF OF CLAIM FORM AND RELEASE
                                   Case No. CV 07-02544 JFW (VBKx)

_____    _____

Social Security Number   or      Taxpayer Identification Number

_____

Record Owner's Name (if different from beneficial owner listed above)

Check appropriate box (check only one box):

☐   Individual/Sole Proprietor      ☐   Joint Owners      ☐ Pension Plan
☐   Corporation                     ☐   Partnership       ☐ Trust
☐   IRA                             ☐   Other
(describe:_____)

NOTE:   Separate Proofs of Claim should be submitted for each separate legal entity (*e.g.*, a claim from Joint Owners should not include separate transactions of just one of the Joint Owners, an Individual should not combine his or her IRA transactions with transactions made solely in the Individual's name).   Conversely, a single Proof of Claim should be submitted on behalf of one legal entity including all transactions made by that entity no matter how many separate accounts that entity has (*e.g.*, a Corporation with multiple brokerage accounts should include all transactions in International Rectifier Securities) during the Class Period on one Proof of Claim, no matter how many accounts the transactions were made in.

NOTICE REGARDING ELECTRONIC FILES:   Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.   All Claimants MUST submit a manually signed paper Proof of Claim form listing all their transactions, whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at (888) 685-7768, or visit their website

at www.IRFSettlement.com, to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

## PART II: TRANSACTIONS IN INTERNATIONAL RECTIFIER SECURITIES

**A.    INITIAL COMMON STOCK HOLDINGS:**  State the number of shares of International Rectifier common stock the Claimant owned at the close of trading on July 30, 2003.  If none, write "zero" or "0".  If other than zero, be sure to attach the required documentation.    _____

**B.    COMMON STOCK PURCHASES:**  List all purchases of International Rectifier common stock made between July 31, 2003 and February 11, 2008, inclusive.  (NOTE:  If you acquired your International Rectifier common stock during this period other than by an open market purchase, please provide a complete description of the terms of the acquisition on a separate page).  Be sure to attach the required documentation.

| Trade Date(s) (List Chronologically) Month/Day/Year | Number of Shares Purchased | Purchase Price Per Share | Total Purchase Price* |
|---|---|---|---|
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |

* excluding commissions, transfer taxes or other fees

**C.    COMMON STOCK SALES:** List all sales of International Rectifier common stock made between July 31, 2003 and February 11, 2008, inclusive.   Be sure to attach the required documentation.

| Trade Date(s) (List Chronologically) Month/Day/Year | Number of Shares Sold | Sale Price Per Share | Total Sale Price* |
|---|---|---|---|
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |
| ___/___/_____ | _____ | $_____ | $_____ |

*excluding commissions, transfer taxes or other fees

**D.    UNSOLD COMMON STOCK HOLDINGS AT THE CLOSE OF BUSINESS ON FEBRUARY 11, 2008:**    State    the    number    of    shares    of International Rectifier common stock the Claimant owned at the close of trading on   February   11,   2008.    Be   sure   to   attach   the   required   documentation. _____

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS PLEASE PHOTOCOPY THIS PAGE, WRITE YOUR NAME ON THE COPY AND CHECK THIS BOX ☐.**

**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES MAY <u>NOT</u> BE REVIEWED.**

# PART III:  RELEASE OF CLAIMS AND SIGNATURE

## **Definitions**

"Effective Date," as defined in the Stipulation, means the date on which all of the following shall have occurred:  (i) IR no longer has any right to terminate the Stipulation as provided in the Stipulation, or if IR does have such right, it has given written notice to Co-Lead Counsel that it will not exercise such right; (ii) the Court has entered the Preliminary Approval Order; (iii) the Court has approved the Settlement, following notice to the Class and a hearing, as prescribed by Rule 23 of the Federal Rules of Civil Procedure; (iv) the Court has approved the settlement and entered the Judgment; and (v) the Judgment has become Final.

"Judgment" means an order of judgment and dismissal approving the settlement to be rendered by the Court.

"Defendants" means International Rectifier and Alexander Lidow, Eric Lidow, and Michael P. McGee ("Individual Defendants").

"Released Parties" means IR and the Individual Defendants, their agents and attorneys, and the Company's current and former officers, directors, employees, insurers and auditors.

"Settled Claims" means any and all claims and causes of action of every nature and description, whether known or Unknown, whether arising under federal, state, common or foreign law, that Co-Lead Plaintiffs or any other member of the Class

(a) asserted in the Complaint or (b) could have asserted in any forum, that arise out of, are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth or referred to in the Complaint, and that relate to the purchase or acquisition of IR Securities during the Class Period. Notwithstanding the foregoing, "Settled Claims" does not include the claims asserted in any shareholder derivative cases based on similar allegations, including but not limited to *Mayers v. Lidow, et al.*, BC 395652 (Los Angeles Super. Ct.), or the claims asserted in *City of Sterling Heights Police & Fire Retirement System v. Dahl,* BC397326 (Los Angeles Super. Ct.); and *Zhao v. International Rectifier Corp.,* BC396461 (Los Angeles Super. Ct.). Additionally, "Settled Claims" does not include claims relating to the enforcement of the Settlement.

"Released Parties' Claims" means any and all claims and causes of action of every nature and description, whether known or Unknown, whether arising under federal, state, common or foreign law, that have been or could have been asserted in the Consolidated Action or any forum by the Company, or the Individual Defendants, their agents or attorneys, or the Company's current or former officers, directors or employees against the Co-Lead Plaintiffs, Class Members or their attorneys, which arise out of or relate in any way to the institution, prosecution or settlement of the Consolidated Action (except for claims to enforce the Settlement).

"Class" means all persons or entities (and their beneficiaries) who purchased or acquired the publicly traded securities of International Rectifier Corporation ("IR Securities") from July 31, 2003 through February 11, 2008, inclusive, and who suffered damages as a result. Excluded from the Class are: (i) the Defendants; (ii) members of the immediate family of each Individual Defendant; (iii) any person who was an officer or director of the Company during the Class Period; (iv) the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any excluded parties; and (v) any firm, trust, corporation, officer or other entity in which any Defendant has a controlling interest. Also excluded from the Class are any persons who exclude themselves by filing a request for exclusion in accordance with the requirements set forth in the Notice.

"Unknown Claims" means any and all Settled Claims that any Co-Lead Plaintiff and/or Class Member does not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties, and any Released Parties' Claims that any Defendant does not know or suspect to exist in his, her or its favor, which if known by him, her or it might have affected his, her or its settlement with and release of the Released Parties (or the Co-Lead Plaintiffs, as appropriate), or might have affected his, her or its decision not to object to this settlement or not exclude himself, herself or itself from the Class. With respect to any and all Settled Claims and Released Parties' Claims, the parties stipulate and agree that, upon the Effective Date, the Co-Lead Plaintiffs and the Defendants shall expressly

PROOF OF CLAIM FORM AND RELEASE
Case No. CV 07-02544 JFW (VBKx)

waive, and each Class Member shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, any and all provisions, rights and benefits conferred by Cal. Civ. Code § 1542, and any law of any state or territory of the United States, or principle of common law, that is similar, comparable or equivalent to Cal. Civ. Code § 1542, which provides:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

Co-Lead Plaintiffs and Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Settled Claims, but each Co-Lead Plaintiff shall expressly – and each Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have – fully, finally and forever settled and released any and all Settled Claims, known or Unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, reckless, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or

existence of such different or additional facts.  Co-Lead Plaintiffs and the

Defendants acknowledge, and Class Members by law and operation of the

Judgment shall be deemed to have acknowledged, that the inclusion of "Unknown

Claims" in the definition of Settled Claims and Released Parties' Claims was

separately bargained for and was a material element of the Settlement.

**The Release**

I (We) understand and acknowledge that without further action by anyone, on

and after the Effective Date, each Class Member, for good and sufficient

consideration, the receipt and adequacy of which are hereby acknowledged, shall

be deemed to have, and by operation of law and of the Judgment shall have fully,

finally, and forever released, relinquished, and discharged all Settled Claims

(including Unknown Claims) against each and all of the Released Parties, whether

or not a Proof of Claim Form is executed and delivered by, or on behalf of, such

Class Member.

## SIGNATURE AND CERTIFICATIONS

By signing and submitting this Proof of Claim Form, the Claimant(s) or the

person(s) who represents the Claimant(s) certifies, as follows:

I (We) submit this Proof of Claim Form under the terms of the Stipulation of

Settlement described in the Notice.  I (We) also submit to the jurisdiction of the

United States District Court for the Central District of California, with respect to

my (our) claim as a Class Member and for purposes of enforcing the release set

forth herein.  I (We) further acknowledge that I (We) am (are) bound by and subject to the terms of any judgment that may be entered in the Consolidated Action.  I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.  I (We) have not submitted any other claim covering the same purchases or acquisitions of International Rectifier Securities during the Class Period and know of no other person having done so on my (our) behalf.

I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally and forever release, relinquish and discharge all Settled Claims (including Unknown Claims) against each and all the "Released Parties," defined as IR and the Individual Defendants, their agents and attorneys, and IR's current and former officers, directors, employees and auditors.

1.  that the Claimant(s) is a (are) Class Member(s), as defined herein and in the Notice;

2.  that I (we) have not filed a request for exclusion from the Class and that I (we) do not know of any request for exclusion from the Class filed on my (our) behalf with respect to my (our) transactions in International Rectifier Securities;

3.  that I (we) own(ed) the International Rectifier Securities identified in the Proof of Claim, or that, in signing and submitting this Proof of Claim, I (we) have the authority to act on behalf of the owner(s) thereof;

4.  that Claimant(s) may be eligible to receive a distribution from the Net Settlement Fund;

5.  that I (we) agree to furnish such additional information with respect to this Proof of Claim as the parties, the Claims Administrator or the Court may require;

6.  that I (we) waive trial by jury, to the extent it exists, and agree to the Court's summary disposition of the determination of the validity or amount of the claim made by this Proof of Claim;

7.  that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof;

8.  that I (we) have included information about all of my (our) transactions in International Rectifier Securities which occurred during the Class Period; and

9.  that I (we) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(c) of the Internal Revenue Code.

**NOTE**: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike the language that you are not subject to backup withholding in the certification above.  The Internal Revenue Service does not require your consent to any provision other than the certification required to avoid backup withholding.

I (We) declare, under penalty of perjury under the laws of the United States of America, that the statements made and answers given in this Proof of Claim are true and correct and that the documents submitted herewith are true and genuine.

_____

Signature of Claimant

_____          _____

Print Name of Claimant                                                  Date

_____

Signature of Joint Claimant, if any

_____          _____

Print Name of Joint Claimant                                          Date

***If Claimant is other than an individual, or is not the person
completing this form, the following also must be provided:***

_____

Signature of Person Completing Form

_____          _____

Print Name of Person Completing Form                                Date

_____

Capacity of Person Signing (Executor, President, Trustee, etc.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## REMINDER CHECKLIST

Please sign the Certification Section of the Proof of Claim and Release form.

If this Claim is being made on behalf of Joint Claimants, then both must sign.

Please remember to attach supporting documents.

**DO NOT SEND** ORIGINALS OF ANY SUPPORTING DOCUMENTS.

Keep a copy of your Proof of Claim and Release form and all documentation submitted for your records.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release by mail, within 60 days.  Your claim is not deemed filed until you receive an acknowledgment postcard.  If you do not receive an acknowledgment postcard within 60 days, please call the Claims Administrator toll free at (888) 685-7768.

If you move, please send your new address to:

*International Rectifier Settlement*
Claims Administrator
c/o The Garden City Group, Inc.
P.O. Box 9533
Dublin, OH 43017-4833

**Do not use highlighter on the Proof of Claim and Release form or supporting documentation.**

**THIS PROOF OF CLAIM MUST BE POSTMARKED NO LATER THAN [120 days after Notice Date], AND MUST BE MAILED TO:**

*International Rectifier Settlement*
Claims Administrator
c/o The Garden City Group, Inc.
P.O. Box 9533
Dublin, OH 43017-4833
(888) 685-7768

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT**

**OF TIME.**

**THANK YOU FOR YOUR PATIENCE**