BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
blairn@blbglaw.com
BENJAMIN GALDSTON   (Bar No. 211114)
beng@blbglaw.com
JON F. WORM   (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@ bermandevalerio.com
DANIEL E. BARENBAUM (Bar No. 209261)
dbarenbaum@bermandevalerio.com
JULIE J. BAI (Bar No. 227047)
jbai@ bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>**SUMMARY NOTICE**<br><br>**EXHIBIT A-3** |

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR ACQUIRED INTERNATIONAL RECTIFIER CORPORATION SECURITIES BETWEEN JULY 31, 2003, THROUGH FEBRUARY 11, 2008, INCLUSIVE, AND WERE DAMAGED THEREBY:**

YOU ARE HEREBY NOTIFIED that the above-captioned action has been certified as a class action, and that the plaintiffs, on behalf of themselves and the Class, have reached a proposed settlement with International Rectifier Corporation ("IR"), and Alex Lidow, Eric Lidow, and Michael P. McGee (collectively, "Defendants"), valued at $90 million plus interest thereon. A hearing will be held before the Honorable John F. Walter at the United States District Court for the Central District of California, 312 N. Spring Street, Courtroom 16, Los Angeles, CA 90012-2095 at ___ a.m. on [INSERT], to determine (1) whether the Court should grant final certification of the Class for purposes of the Settlement; (2) whether the proposed Settlement should be approved by the Court as fair, reasonable, and adequate, (3) whether a final judgment and order of dismissal with prejudice should be entered by the Court dismissing the Consolidated Action with prejudice; (3) whether the Plan of Allocation is fair, reasonable and adequate and therefore should be approved in connection with this Settlement, and (4) whether the application of Co-Lead Counsel for attorneys' fees and Litigation Expenses should be approved.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the (1) Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"); and (2) Proof of Claim and Release form ("Claim Form"), you may obtain copies of these documents by contacting: International Rectifier

Settlement, c/o The Garden City Group, Inc., P.O. Box 9533, Dublin, OH 43017-4833; (888) 685-7768.  Copies of the Notice and Claim Form may also be downloaded from: www.IRFSettlement.com or www.blbglaw.com or www.bermandevalerio.com.  If you are a Class Member, in order to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form no later than [120 days after Notice Date], establishing that you are entitled to a recovery.  You will be bound by any judgment entered in the Consolidated Action whether or not you make a Claim.

If you desire to be excluded from the Class, you must submit a request for exclusion to be received by [14 days before final approval hearing], in the manner and form explained in the Notice.  All Class Members who do not timely request exclusion from the Class will be bound by any judgment entered in the Consolidated Action.

Any objection to the proposed Settlement, Plan of Allocation or application for attorneys' fees and payment of Litigation Expenses must be filed with the Court and be received by counsel for the parties no later than [14 days before final approval hearing], in the manner and form set forth in the Notice.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**  Inquiries, other than requests for the Notice and Claim Form, may be made to Co-Lead Counsel:

Niki L. Mendoza
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  888-924-1888

**OR**

Nicole Lavallee
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel: 415-433-3200


Dated: _____, 2009                    By Order of the Clerk of the Court
                                            United States District Court
                                            for the Central District of California