1  BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
2  BLAIR A. NICHOLAS   (Bar No. 178428)
   (blairn@blbglaw.com)
3  BENJAMIN GALDSTON   (Bar No. 211114)
   (beng@blbglaw.com)
4  JON F. WORM   (Bar No. 248260)
   (jonw@blbglaw.com)
5  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
6  Tel:   (858) 793-0070
7  Fax:   (858) 793-0323

8  BERMAN DeVALERIO
   JOSEPH J. TABACCO, JR.   (Bar No. 75484)
9  (jtabacco@bermandevalerio.com)
   NICOLE LAVALLEE   (Bar No. 165755)
10 (nlavallee@bermandevalerio.com)
   DANIEL BARENBAUM (Bar No. 209261)
11 (dbarenbaum@bermandevalerio.com)
   JULIE J. BAI   (Bar No. 227047)
12 (jbai@bermandevalerio.com)
   425 California Street, Suite 2100
13 San Francisco, CA 94104-2205
14 Tel:   (415) 433-3200
   Fax:   (415) 433-6382
15
   *Attorneys for Co-Lead Plaintiffs Massachusetts Laborers'*
16 *Pension Fund and General Retirement System of the City of Detroit*

17
                  UNITED STATES DISTRICT COURT
18
                  CENTRAL DISTRICT OF CALIFORNIA
19

20 | IN RE INTERNATIONAL           | Case No. CV 07-02544-JFW (VBKx)
21 | RECTIFIER CORPORATION         |
   | SECURITIES LITIGATION         | **DECLARATION OF SERVICE**
22 |                               |

I, KRISTINA L. SOUSEK, declare,

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on September 22, 2009, I caused to be served the following documents:

- PARTIES' JOINT REPORT REGARDING PROPOSED SETTLEMENT, AND JOINT UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT;
- LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; and
- DECLARATION OF SERVICE

by electronic mail addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ **(BY ELECTRONIC MAIL)** Pursuant to F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be filed

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

with the Court via Electronic Case Filing and transmitted electronically to the offices of the email addressee(s) listed below.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct. Executed this 22nd day of September, 2009, at San Diego, California.

                                          */s/ Kristina L. Sousek*
                                        KRISTINA L. SOUSEK

## SERVICE LIST

**COUNSEL FOR DEFENDANTS INTERNATIONAL RECTIFIER CORPORATION**

John P. Stigi, III
Christina Lucen Costley
SHEPPARD MULLIN RICHTER
  & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Tel: (213) 620-1780
Fax: (213) 620-1398
jstigi@sheppardmullin.com
ccostley@sheppardmullin.com
ckhojandpour@sheppardmullin.com
dfinkey@sheppardmullin.com
mwhite@sheppardmullin.com

**COUNSEL FOR DEFENDANT ERIC P. LIDOW**

| | |
|---|---|
| Joel A. Feuer | Brenda L. Kleidosty |
| GIBSON DUNN & <br>   CRUTCHER LLP | GIBSON DUNN & <br>   CRUTCHER LLP |
| 2029 Century Park East | 333 South Grand Ave. |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| Tel: (310) 551-8808 | Tel: (213) 229-7041 |
| Fax: (310) 552-7058 | Fax: (213) 229-6041 |
| jfeuer@gibsondunn.com | bkleidosty@gibsondunn.com |

| **COUNSEL FOR DEFENDANT ALEXANDER LIDOW** |
|---|
| Diane Lee McGimsey<br>Edward Eric Johnson<br>Robert A. Sacks<br>Jason De Bretteville<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, CA 90067<br>Tel: (310) 712-6600<br>Fax: (310) 712-8800<br>sacksr@sullcrom.com<br>debrettevillej@sullcrom.com<br>mcgimseyd@sullcrom.com<br>johnsonee@sullcrom.com |
| **COUNSEL FOR DEFENDANT MICHAEL P. McGEE** |
| Pamela S. Palmer<br>Jason J. Kim<br>Peter W. Baldwin<br>Ethan Brown<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Tel: (213) 485-1234<br>Fax: (213) 891-8763<br>jason.kim@lw.com<br>ethan.brown@lw.com |