|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND** |

### CIVIL MINUTES -- GENERAL

| Case No. | **CV 07-02544-JFW (VBKx)** | Date: November 2, 2009 |
|---|---|---|
| Title: | In Re: International Rectifier Corporation Securities Litigation | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER CONTINUING DEADLINE FOR FILING CO-LEAD PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION;

ORDER CONTINUING HEARING ON CO-LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

    The Court, on its own motion, hereby continues the deadline for filing Co-Lead Plaintiffs' Reply in support of its Motion for Class Certification to **February 10, 2010**, and continues the hearing on Co-Lead Plaintiffs' Motion for Class Certification from November 9, 2009 at 1:30 p.m. to **February 22, 2010 at 1:30 p.m.**

    IT IS SO ORDERED.