1  BERNSTEIN LITOWITZ BERGER
     & GROSSMANN LLP
2  BLAIR A. NICHOLAS   (Bar No. 178428)
   (blairn@blbglaw.com)
3  NIKI L. MENDOZA (Bar No. 214646)
   (nikim@blbglaw.com)
4  BENJAMIN GALDSTON   (Bar No. 211114)
   (beng@blbglaw.com)
5  JON F. WORM   (Bar No. 248260)
   (jonw@blbglaw.com)
6  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
7  Tel:   (858) 793-0070
   Fax:   (858) 793-0323
8
   BERMAN DeVALERIO
9  JOSEPH J. TABACCO, JR. (Bar No. 75484)
   (jtabacco@bermandevalerio.com)
10 NICOLE LAVALLEE (Bar No. 165755)
   (nlavallee@bermandevalerio.com)
11 KRISTIN J. MOODY (Bar No. 206326)
   (kmoody@bermandevalerio.com)
12 JULIE J. BAI (Bar No. 227047)
   (jbai@bermandevalerio.com)
13 One California Street, Suite 900
   San Francisco, CA 94111
14 Tel:   (415) 433-3200
   Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION<br><br>Date: February 8, 2010<br>Time: 1:30 p.m.<br>Courtroom: 16 |

1  PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(e) and the Court's Order Preliminarily Approving Settlement And Providing For Notice ("Preliminary Approval Order," Docket No. 293), on February 8, 2010, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John F. Walter, located at the United States District Court, 312 N. Spring Street, Courtroom 16, Los Angeles, California, Lead Plaintiffs the General Retirement System of the City of Detroit and Massachusetts Laborers Pension Fund will and hereby do move for final approval of the proposed settlement of this class action for $90 million in cash and proposed Plan of Allocation for distribution of the net settlement proceeds.

This motion is based on the accompanying Memorandum Of Law In Support Of Lead Plaintiffs' Motion For Final Approval Of Class Action Settlement And Approval Of Plan Of Allocation; Joint Declaration Of Blair A. Nicholas And Nicole Lavallee In Support Of Motion For Final Approval Of Settlement And Plan of Allocation, And Motion For An Award Of Attorneys' Fees And Reimbursement Of Expenses and exhibits thereto; the Stipulation of Settlement dated September 22, 2009 (Docket No. 290-1); all other pleadings and matters of record; and such additional evidence or information as may be presented at the hearing.

Dated: January 19, 2010

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


   */s/ Blair A. Nicholas*
   BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
NIKI L. MENDOZA
BENJAMIN GALDSTON
JON F. WORM
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

-1-

NOTICE OF MOTION FOR FINAL APPROVAL OF
SETTLEMENT AND PLAN OF ALLOCATION
Case No. CV 07-02544-JFW (VBKx)

| | |
|---|---|
| Dated: January 19, 2010 | BERMAN DeVALERIO |
| | |
| | */s/ Nicole Lavallee* |
| | NICOLE LAVALLEE |
| | |
| | JOSEPH J. TABACCO, JR. |
| | NICOLE LAVALLEE |
| | KRISTIN J. MOODY |
| | JULIE J. BAI |
| | One California Street, Suite 900 |
| | San Francisco, CA 94111 |
| | Tel:   (415) 433-3200 |
| | Fax:   (415) 433-6382 |
| | |
| | *Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund* |