BERNSTEIN LITOWITZ BERGER
&amp; GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
(blairn@blbglaw.com)
NIKI L. MENDOZA (Bar No. 214646)
(nikim@blbglaw.com)
BENJAMIN GALDSTON   (Bar No. 211114)
(beng@blbglaw.com)
JON F. WORM   (Bar No. 248260)
(jonw@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
(jtabacco@bermandevalerio.com)
NICOLE LAVALLEE (Bar No. 165755)
(nlavallee@bermandevalerio.com)
KRISTIN J. MOODY (Bar No. 206326)
(kmoody@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
(jbai@bermandevalerio.com)
One California Street, Suite 900
San Francisco, CA 94111
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) <br><br> LEAD PLAINTIFFS' NOTICE OF MOTION REGARDING LEAD COUNSEL'S APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES <br><br> Date: February 8, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 16 |

1  PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(e) and the Court's Order Preliminarily Approving Settlement And Providing For Notice ("Preliminary Approval Order," Docket No. 293), on February 8, 2010, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John F. Walter, located at the United States District Court, 312 N. Spring Street, Courtroom 16, Los Angeles, California, Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP and Berman DeValerio ("Lead Counsel") will and hereby does move for entry of an order awarding attorneys' fees and reimbursement of litigation expenses relating to its prosecution of the claims by Lead Plaintiffs the General Retirement System of the City of Detroit and Massachusetts Laborers Pension Fund ("Lead Plaintiffs"), acting on behalf of themselves and all Class Members in the above-titled action, against defendant International Rectifier Corporation, and defendants Alexander Lidow, Michael P. McGee and Eric Lidow.

This motion is based on the accompanying Memorandum Of Law In Support Of Lead Counsel's Application For Attorneys' Fees And Reimbursement Of Litigation Expenses; Joint Declaration Of Blair A. Nicholas And Nicole Lavallee In Support Of Motion For Final Approval Of Settlement And Plan of Allocation, And Motion For An Award Of Attorneys' Fees And Reimbursement Of Expenses and exhibits thereto; the Stipulation of Settlement dated September 22, 2009 (Docket No. 290-1); all other pleadings and matters of record; and such additional evidence or information as may be presented at the hearing.

Dated: January 19, 2010            Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


  */s/ Blair A. Nicholas*
BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
NIKI L. MENDOZA
BENJAMIN GALDSTON
JON F. WORM
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

Dated: January 19, 2010                BERMAN DeVALERIO

　　　　　　　　　*/s/ Nicole Lavallee*
　　　　　　　　　NICOLE LAVALLEE

JOSEPH J. TABACCO, JR.
NICOLE LAVALLEE
KRISTIN J. MOODY
JULIE J. BAI
One California Street, Suite 900
San Francisco, CA 94111
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*