SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
333 South Hope Street, 43d Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-443-2794

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHRISTINA L. COSTLEY, Cal. Bar No. 227134
ccostley@sheppardmullin.com
1111 Chapala Street, Third Floor
Santa Barbara, California 93101-3100
Telephone: 805-879-1818
Facsimile: 805-879-1855

Attorneys for Defendant
INTERNATIONAL RECTIFIER
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION. | Case No. CV 07-02544-JFW (VBKx)<br><br>Hon. John F. Walter<br><br>**DEFENDANT INTERNATIONAL RECTIFIER CORPORATION'S STATEMENT IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NON-OPPOSITION TO LEAD COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date: February 8, 2010<br>Time: 1:30 p.m.<br>Courtroom: 16 |

| | |
|---|---|
| 1 | Defendant International Rectifier Corporation ("IR" or the "Company") |
| 2 | hereby joins in the Motion for Final Approval of Class Action Settlement and |
| 3 | Approval of Plan of Allocation, filed January 19, 2009, by co-lead plaintiffs General |
| 4 | Retirement System of the City of Detroit and Massachusetts Laborers' Pension |
| 5 | Fund, to the extent that such Motion seeks the Court's final approval of the parties' |
| 6 | Settlement.[1] IR agrees with co-lead plaintiffs that the settlement is fair, adequate |
| 7 | and reasonable to the parties and to the Class, especially in light of the expense and |
| 8 | time that would otherwise be necessary for plaintiffs to prosecute this matter |
| 9 | through trial, the risks, uncertainty and costs of further prosecution, the difficulty of |
| 10 | proof necessary to establish a class for purposes of liability, and the relative benefits |
| 11 | to the class of an expeditious resolution of this matter. IR therefore joins plaintiffs |
| 12 | in requesting that the Court grant final approval of the Settlement. |
| 13 | IR takes no position, however, on Lead Counsels' Application for Attorneys' |
| 14 | Fees and Reimbursement of Litigation Expenses. |
| 15 | Dated: January 21, 2010 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ JOHN P. STIGI III*
JOHN P. STIGI III
Attorneys for Defendant
INTERNATIONAL RECTIFIER
CORPORATION

---

[1] Except as defined herein, all terms shall have the same definition as set forth in the Stipulation of Settlement executed September 22, 2009, and filed with the Court at Docket No. 290-1.

-1-