SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
333 South Hope Street, 43d Floor
Los Angeles, California 90071-1448
Telephone:  213-620-1780
Facsimile:   213-443-2794

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHRISTINA L. COSTLEY, Cal. Bar No. 227134
ccostley@sheppardmullin.com
1111 Chapala Street, Third Floor
Santa Barbara, California 93101-3100
Telephone:  805-879-1818
Facsimile:   805-879-1855

Attorneys for Defendant
INTERNATIONAL RECTIFIER
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. CV 07-02544-JFW (VBKx) |
| INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION. | Hon. John F. Walter |
| | **PROOF OF SERVICE** |
| | Date:         February 8, 2010<br>Time:         1:30 p.m.<br>Courtroom:  16 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1111 Chapala Street, Third Floor, Santa Barbara, California 93101-3100.

On January 21, 2010, I served the following document(s) described as **DEFENDANT INTERNATIONAL RECTIFIER CORPORATION'S STATEMENT IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NON-OPPOSITION TO LEAD COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Santa Barbara, California in the ordinary course of business. I am aware that on motion of the party served, Service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 805-879-1855. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2010, at Santa Barbara, California.

/s/ Jill A. Mayer
Jill A. Mayer

-1-

## SERVICE LIST

| Daniel S. Sommers, Esq.<br>Cohen Milstein Hausfeld & Toll<br>1100 New York Avenue NW, Suite 500<br>West Tower<br>Washington, DC 20005-3964 | Melinda M. Luthin, Esq.<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |