# AFFIDAVIT

STATE OF OHIO            )
                         ) SS
CUYAHOGA COUNTY          )

Now comes the undersigned, Peter Carfagna, Jr., first being duly sworn in accordance with law and states as follows:

1. I am over the age of 18, not in the military service, not under any disability and make the following statements of my own free will and based upon my own knowledge.
2. I am involved in overseeing my family's investment portfolio, which has more than 20 accounts, and utilizes several different brokers, brokerage houses and money managers.
3. I know that Cascia II LLC owned the common stock of International Rectifier Corporation during the period of July 31, 2003 through February 11, 2008.
4. We received a Notice from the concerning the Settlement Agreement and a copy of a Claim Form.
5. I am attempting to find evidence of ownership of the stock by Cascia II LLC but have so far been unsuccessful.
6. I will continue to diligently search for such evidence and will submit it to the Court as soon as it is found.
7. I have asked my attorney to file an objection to the attorneys' fees being sought in this case because, based upon the information that I have reviewed, I believe that the requested 25% is excessive.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Peter Carfagna, Jr.

STATE OF OHIO            )
                         ) SS:
COUNTY OF CUYAHOGA       )

BEFORE ME, a notary public in and for this county and state, on the 25 day of Jan, 2010 appeared PETE CARFAGNA, personally known to me who acknowledged that he did sign the foregoing and that the same is his free act and deed.

_____
NOTARY PUBLIC

My commission has no expiration date.

ORC §147.03