| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) (blairn@blbglaw.com) |
| 3 | BENJAMIN GALDSTON (Bar No. 211114) (beng@blbglaw.com) |
| 4 | JON F. WORM (Bar No. 248260) jonw@blbglaw.com |
| 5 | 12481 High Bluff Drive, Suite 300 San Diego, CA 92130 |
| 6 | Tel: (858) 793-0070 Fax: (858) 793-0323 |
| 7 | |
| 8 | BERMAN DeVALERIO JOSEPH J. TABACCO, JR. (Bar No. 75484) (jtabacco@bermandevalerio.com) |
| 9 | NICOLE LAVALLEE (Bar No. 165755) (nlavallee@bermandevalerio.com) |
| 10 | JULIE J. BAI (Bar No. 227047) (jbai@bermanesq.com) |
| 11 | One California Street, Suite 900 San Francisco, CA 94111 |
| 12 | Tel: (415) 433-3200 Fax: (415) 433-6382 |
| 13 | |
| 14 | *Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund* |
| 15 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that effective January 19, 2010, the San Francisco office of Berman DeValerio has relocated.  The new address is as follows:

One California Street

Suite 900

San Francisco, CA  94111

The firm's telephone and facsimile numbers will remain the same.

Dated:  January 27, 2010                    BERMAN DeVALERIO


                                                    /s/ Nicole Lavallee
                                                NICOLE LAVALLEE

                                            JOSEPH J. TABACCO, JR.
                                            JULIE J. BAI
                                            One California Street, Suite 900
                                            San Francisco, CA  94111
                                            Tel:   (415) 433-3200
                                            Fax:   (415) 433-6382

                                            *Co-Lead Counsel*