Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email:  darrell.palmer@cox.net

Edward F. Siegel (pro hac vice to be applied for)
27600 Chagrin Blvd., Suite 340
Cleveland OH 44122
Telephone (216) 831-3424
Facsimile: (216) 831-6584
Email: efsiegel@efs-law.com

Edward W. Cochran
(Ohio Bar no. 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel:    (216) 751-5546
Fax:    (216) 751-6630
Email: edwardcochran@wowway.com

Attorneys for Objector Cascia II LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: International Rectifier Corporation Securities Litigation** | ) CASE NO.:  CV07-02544-JFW(VBKx)<br>)<br>) **UNOPPOSED MOTION TO WITHDRAW**<br>) **OBJECTIONS TO CLASS ACTION**<br>) **SETTLEMENT OF CASCIA II LLC**<br>) |

Class member  Cascia II LLC ("Objector") by and through the undersigned counsel, pursuant to Fed R. Civ. P. 23 (e), hereby moves this Honorable Court to withdraw its objections to the proposed class action settlement and the request for attorneys' fees for the reasons set forth in the Memorandum attached hereto.

///

Motion to Withdraw Objections - 1

Class Counsel has no objections to this Motion.

Respectfully submitted,

Dated: February 1, 2010

_____/s/ Darrell Palmer_____
Darrell Palmer

_____/s/ Edward F. Siegel_____
Edward F. Siegel

_____/s/ Edward W. Cochran_____
Edward W. Cochran

Attorneys for Objector Cascia II Ltd.

CERTIFICATE OF SERVICE

The foregoing withdrawal of objections was filed with the Court's electronic system on February 1, 2010 and by such system was filed on all other counsel of record.

_____/s/ Darrell Palmer_____
Darrell Palmer

**<u>MEMORANDUM</u>**

Class member CASCIA II LLC filed its objection to the attorneys' fees in this matter based on the limited information about such fees contained in the Notice as of the Objection deadline. After review of the Motion for Fees, and the voluminous materials provided therewith, it determined that it did not want to object to the requested fee.

Neither Objector nor its counsel have requested, nor will either receive, any compensation for such withdrawal.