BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
NIKI L. MENDOZA (Bar No. 214646)
(nikim@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
JON F. WORM (Bar No. 248260)
(jonw@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
(jtabacco@bermandevalerio.com)
NICOLE LAVALLEE (Bar No. 165755)
(nlavallee@bermandevalerio.com)
KRISTIN J. MOODY (Bar No. 206326)
(kmoody@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
(jbai@bermandevalerio.com)
One California Street, Suite 900
San Francisco, CA 94111
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs General Retirement System of the City of Detroit and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>DECLARATION OF BENJAMIN GALDSTON IN SUPPORT OF FINAL APPROVAL OF THE SETTLEMENT, PLAN OF ALLOCATION AND FEE APPLICATION<br><br>Date: February 8, 2010<br>Time: 1:30 p.m.<br>Courtroom: 16 |

I, BENJAMIN GALDSTON, declare as follows:

1. I am an associate attorney with Bernstein Litowitz Berger & Grossmann LLP, Co-Lead Counsel along with Berman DeValerio, in the above-captioned action.

2. I have personal knowledge of the matters set forth below. I submit this Declaration in support of Lead Plaintiffs' motion for final approval of Settlement, the Plan of Allocation, and Lead Counsel's fee application. If called to do so, I could and would testify competently hereto.

3. On January 25, 2010, an objection to Lead Counsel's fee application was filed by attorney Edward Siegel in this action [Dkt. No. 304]. Following review of the objection, on January 27, 2010, I prepared and caused to be served two subpoenas for deposition, one for "Cascia II LLC" ("Cascia") and one for "Peter Carfagna," the person and entity that were referenced as the "objector" in the objection filed by Mr. Siegel.

4. On January 29, 2010, I received a message from my assistant that Mr. Siegel had called that morning and requested that I return his call. When I returned his call that day, I was informed by Mr. Siegel that his client, including both Cascia and Peter Carfagna, wished to unconditionally withdraw the objection. He further stated that in light of the withdrawal of the objection, the depositions would be moot, and requested that I withdraw the subpoenas.

5. On February 1, 2010, Mr. Siegel caused to be filed an unopposed motion to withdraw the objection [Dkt. No. 307].

6. No compensation or consideration of any kind was paid or promised to Mr. Siegel or his co-counsel or their client in connection with the withdrawal of the objection in this matter.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed this 1st day of February, 2010.

                                        */s/ Benjamin Galdston*
                                         Benjamin Galdston