BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
blairn@blbglaw.com
NIKI L. MENDOZA   (Bar No. 214646)
nikim@blbglaw.com
BENJAMIN GALDSTON   (Bar No. 211114)
beng@blbglaw.com
JON F. WORM   (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@ bermandevalerio.com
KRISTIN J. MOODY (Bar No. 206326)
kmoody@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
jbai@ bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs Massachusetts Laborers'
Pension Fund and General Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>**DECLARATION OF SERVICE** |

I, KRISTINA L. DAVIS, declare,

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on February 1, 2010, I caused to be served the following documents:

- LEAD PLAINTIFFS' REPLY AND NOTICE OF NON-OPPOSITION IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

- DECLARATION OF BENJAMIN GALDSTON IN SUPPORT OF THE FINAL APPROVAL OF THE SETTLEMENT, PLAN OF ALLOCATION AND FEE APPLICATION; and

- DECLARATION OF SERVICE

SEE ATTACHED SERVICE LIST

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

-1-  DECLARATION OF SERVICE
Case No. CV 07-02544-JFW (VBKx)

☒ **(BY ELECTRONIC MAIL)** Pursuant to F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be filed with the Court via Electronic Case Filing and transmitted electronically to the offices of the email addressee(s) listed below.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct. Executed this 1st day of February, 2010, at San Diego, California.

*/s/ Kristina L. Davis*
KRISTINA L. DAVIS

# SERVICE LIST

**COUNSEL FOR DEFENDANTS INTERNATIONAL RECTIFIER CORPORATION**

John P. Stigi, III
Christina Lucen Costley
SHEPPARD MULLIN RICHTER
   & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Tel: (213) 620-1780
Fax: (213) 620-1398
jstigi@sheppardmullin.com
ccostley@sheppardmullin.com
ckhojandpour@sheppardmullin.com
dfinkey@sheppardmullin.com
mwhite@sheppardmullin.com

**COUNSEL FOR DEFENDANT ERIC P. LIDOW**

| Joel A. Feuer | Brenda L. Kleidosty |
|---|---|
| GIBSON DUNN & CRUTCHER LLP | GIBSON DUNN & CRUTCHER LLP |
| 2029 Century Park East | 333 South Grand Ave. |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| Tel: (310) 551-8808 | Tel: (213) 229-7041 |
| Fax: (310) 552-7058 | Fax: (213) 229-6041 |
| jfeuer@gibsondunn.com | bkleidosty@gibsondunn.com |

| **COUNSEL FOR DEFENDANT ALEXANDER LIDOW** |
|---|
| Diane Lee McGimsey<br>Edward Eric Johnson<br>Robert A. Sacks<br>Jason De Bretteville<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, CA 90067<br>Tel: (310) 712-6600<br>Fax: (310) 712-8800<br>sacksr@sullcrom.com<br>debrettevillej@sullcrom.com<br>mcgimseyd@sullcrom.com<br>johnsonee@sullcrom.com |
| **COUNSEL FOR DEFENDANT MICHAEL P. McGEE** |
| Pamela S. Palmer<br>Jason J. Kim<br>Peter W. Baldwin<br>Ethan Brown<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Tel: (213) 485-1234<br>Fax: (213) 891-8763<br>jason.kim@lw.com<br>ethan.brown@lw.com |