Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@cox.net

Edward F. Siegel (pro hac vice to be applied for)
27600 Chagrin Blvd., Suite 340
Cleveland OH 44122
Telephone (216) 831-3424
Facsimile: (216) 831-6584
Email: efsiegel@efs-law.com

Edward W. Cochran
(Ohio Bar no. 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel:   (216) 751-5546
Fax:  (216) 751-6630
Email: edwardcochran@wowway.com

Attorneys for Objector Cascia II LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE: INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION
_____

) CASE NO.: CV07-02544-JFW(VBKx)
)
) **NOTICE OF LODGING**
)

Attached is the [Proposed] Order Re Objector Cascia II LLC's Unopposed Motion to Withdraw Objections to Class Action Settlement. The Motion to Withdraw was filed as Document No. 307 in the ECF system on February 1, 2010.

Respectfully submitted,

Dated: February 2, 2010         _____/s/ Darrell Palmer_____
                                Darrell Palmer

NOTICE OF LODGING - 1

Dated: February 2, 2010

                          _____/s/ Edward F. Siegel_____
                          Edward F. Siegel

                          _____/s/ Edward W. Cochran_____
                          Edward W. Cochran

                          Attorneys for Objector Cascia II Ltd.

## CERTIFICATE OF SERVICE

The foregoing withdrawal of objections was filed with the Court's electronic system on February 2, 2010 and by such system was filed on all other counsel of record.

                          _____/s/ Darrell Palmer_____
                              Darrell Palmer