Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@cox.net

Edward F. Siegel (pro hac vice to be applied for)
27600 Chagrin Blvd., Suite 340
Cleveland OH 44122
Telephone (216) 831-3424
Facsimile: (216) 831-6584
Email: efsiegel@efs-law.com

Edward W. Cochran
(Ohio Bar no. 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel:   (216) 751-5546
Fax:  (216) 751-6630
Email: edwardcochran@wowway.com

Attorneys for Objector Cascia II LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | ) CASE NO.: CV07-02544-JFW(VBKx) )  ) **ORDER RE** ) **OBJECTOR CASCIA II LLC'S** ) **UNOPPOSED MOTION TO** _____ ) **WITHDRAW OBJECTIONS** |

Upon the unopposed motion of Cascia II LLC to withdraw its objections to the proposed class action settlement and the request for attorneys' fees,

**IT IS HEREBY ORDERED** that Cascia II LLC's objections are withdrawn.

Dated: 2/4/10

*[signature]*

United States District Judge