BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
blairn@blbglaw.com
NIKI L. MENDOZA   (Bar No. 214646)
nikim@blbglaw.com
BENJAMIN GALDSTON   (Bar No. 211114)
beng@blbglaw.com
JON F. WORM   (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@ bermandevalerio.com
KRISTIN J. MOODY (Bar No. 206326)
kmoody@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
jbai@ bermandevalerio.com
One California Street, Suite 900
San Francisco, CA 94111
Tel:   (415) 433-3200
Fax:   (415) 433-6382

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx)<br><br>**ORDER APPROVING PLAN OF ALLOCATION**<br><br>**Date:  February 8, 2010**<br>**Time:  1:30 p.m.**<br>**Courtroom:  16** |

Lead Plaintiffs' Motion For Final Approval Of Class Action Settlement And Approval Of Plan Of Allocation ("Motion") duly came before the Court for hearing on February 8, 2010. The Court has considered the Fee And Expense Application and all supporting and other related materials, including the matters presented at the February 8, 2010 hearing. Due and adequate notice having been given to the Class as required by the Court's Order Preliminarily Approving Settlement And Providing For Notice (Docket No. 293), and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the proceedings and good cause appearing therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Consolidated Action and over all parties to the Consolidated Action, including all members of the Class.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be heard with respect to the Plan of Allocation.

4. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice Of Pendency Of Class Action And Proposed Settlement, Final Approval Hearing, And Motion For Attorneys' Fees And Reimbursement Of Litigation Expenses (the "Notice") mailed to Class Members provides a fair and equitable basis upon which to allocate the proceeds of the Settlement Fund among the Class Members.

5. The court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and equitable to the Class. Accordingly, the Court hereby approves the Plan of Allocation submitted by Lead Plaintiffs.

6. The finality of the Judgment entered with respect to the Settlement between Lead Plaintiffs, the Class and Defendants shall not be affected in any manner by this Order, or any appeal from this Order approving the Plan of Allocation.

IT IS SO ORDERED.

DATED: February 8, 2010

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

-2-    ORDER APPROVING PLAN OF ALLOCATION
Case No. CV 07-02544-JFW (VBKx)